[No. 14647-5-I.   Division One.   August 5, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN PAUL JAMES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-03307-8, H. Joseph Coleman, J., entered April 10, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Williams and Grosse, JJ.

[Nos. 14008-6-I; 14412-0-I.   Division One.   August 5, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN GLOWCZYK, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 83-1-00410-8, Robert W. Winsor, J., entered October 20, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Webster, JJ.

[No. 12626-1-I.   Division One.   August 5, 1985.]

DON G. TAYLOR, ET AL, *Appellants,* v. WARDEN P. WREN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-13902-7, W. R. Cole, J., entered November 30, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Corbett, C.J., and Petrie, J. Pro Tem.

[No. 6956-3-II.   Division Two.   August 5, 1985.]

LESLIE BURROUGHS, *Appellant,* v. GARY HEGEWALD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 81-2-01724-3, Robert L. Harris, J., entered March 18, 1983. *Dismissed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.